*# 714002  # 129013*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 OCT 27 PM 12: 42
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:   *   CASE # 05-39020 S
             Judge Richard L. Speer

             CHAPTER 13
         *
Brown, James N & Marianne
Debtor   *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

No response from the creditor the check is now stale dated and the case is closed.

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 685632 | Smith Clinic<br>P O Box 1814<br>Marion, OH 43302 | 35.04 | 6/30/10 |

Your trustee's check #714002 in the amount of $35.04 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 10/20/10

John P. Gustafson
Trustee in Bankruptcy